IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:10-cr-00090-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| GABRIEL BENJAMIN JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the Ninth Circuit's opinion filed June 21, 2013, and the mandate filed June 25, 2013, Defendant's conviction is vacated, and Defendant's motion to suppress "all evidence obtained as a result of the search of the premises at 22** N Street as a consequence for violating the Fourth Amendment," (ECF No. 14), is granted.

IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on June 28, 2013.

Dated: June 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1