1   BENJAMIN B. WAGNER
    United States Attorney
2   DANIEL S. McCONKIE
    Assistant U.S. Attorney
3   501 I St., Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2725

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )   CR. No. S-10-090 GEB
                                       )
10                   Plaintiff,        )
                                       )   MOTION TO DISMISS INDICTMENTS
11            v.                       )
                                       )
12  GABRIEL JOHNSON,                   )
                                       )
13                   Defendant.        )
    _____ )
14

15      The Ninth Circuit Court of Appeals has directed the Court to

16  grant the defendant's motion to suppress. The Court has done so.

17  Based on a review of the remaining evidence, the government has

18  concluded that it no longer has sufficient evidence to pursue

19  this prosecution. Accordingly, pursuant to Rule 48 of the Federal

20  Rules of Criminal Procedure, the government moves this Honorable

21  Court for an order dismissing the indictment and the superseding

22  indictment.

23

24  DATE: June 26, 2013                  BENJAMIN B. WAGNER
                                         United States Attorney
25

26
                                     By: /s/ Daniel S. McConkie
27                                       DANIEL S. McCONKIE
                                         Assistant U.S. Attorney
28

                                     1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-090 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING INDICTMENTS |
| v. | ) | |
| | ) | |
| GABRIEL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For good cause shown, it is hereby ORDERED dismissing the indictment and the superseding indictment.

Dated:  June 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge