IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-10-090 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF RELEASE |
| v. | ) | |
| | ) | |
| GABRIEL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In light of the dismissal of the indictments, and for good cause shown, it is hereby ORDERED that the defendant be released from custody forthwith.

Dated: June 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge